No. 172. OYE GUSTAVSSON CONTRACTING CO., INC., *v.* FLOETE, ADMINISTRATOR OF GENERAL SERVICES ADMINISTRATION, ET AL. C. A. 2d Cir. Certiorari denied. *Anthony B. Cataldo* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for respondents.

No. 500. SCHOOL BOARD OF CHARLOTTESVILLE, VIRGINIA, ET AL. *v.* DILLARD ET AL. C. A. 4th Cir. Certiorari denied. *John S. Battle, John S. Battle, Jr.* and *Richard L. Williams* for petitioners.

No. 697. BALTIMORE & OHIO RAILROAD CO. *v.* PAYNE, ADMINISTRATRIX. C. A. 6th Cir. Certiorari denied. *Alexander H. Hadden* for petitioner. *Abraham Freedman* for respondent.

No. 745. MARTUFI *v.* FRASER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John W. Karr* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Alan S. Rosenthal* and *Mark R. Joelson* for respondent.

No. 893. TATUM *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Buck C. Miller* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Sam R. Wilson, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.